```
 1
 2
 3
 4
 5
 6
 7
 8                   UNITED STATES DISTRICT COURT
 9                  NORTHERN DISTRICT OF CALIFORNIA
10
11  ARCHIE LEE GATES,          )
                               )
12         Plaintiff(s),       )   No. C10-0972 BZ
                               )
13      v.                     )
                               )   ORDER DENYING MOTIONS
14  CARQUEST CORPORATION,      )
                               )
15         Defendant(s).       )
                               )
16  _____)
```

17     **IT IS HEREBY ORDERED** that plaintiff's Motion to Deny
18 Request to Change Attorneys is **DENIED** without prejudice to
19 being renewed if there is an attempt by defendant to change
20 attorneys in an inappropriate manner.  Thus far, no attorney
21 has appeared for defendant, who appears to have been served
22 only last week.

23     Plaintiff's Motion to Order Meet and Confer in Person is
24 **DENIED** without prejudice to being renewed if plaintiff can
25 demonstrate a need to meet and confer with counsel for
26 ///
27 ///
28 ///

1

1 | defendant this early in the litigation.

2 | Dated: April 20, 2010

3 | _____
4 | Bernard Zimmerman
  | United States Magistrate Judge

G:\BZALL\-BZCASES\GATES V. CARQUEST\ORDER DENY MOT TO MEET & CONFER AND CHANGE ATTYS.wpd