UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE LEE GATES,<br><br>   Plaintiff(s),<br><br>   v.<br><br>CARQUEST CORPORATION,<br><br>   Defendant(s). | No. C10-0972 BZ<br><br>**ORDER DENYING MOTIONS** |

Plaintiff has filed two more motions. Plaintiff's Motion to Compel the San Diego Municipal Trolley System to reproduce footage is **DENIED** in as much as plaintiff has not shown that he has served a proper subpoena on the Trolley System and it has refused to comply.

Plaintiff's Motion to Halt Destruction of Records is **DENIED**. This is a proper subject to be raised with the defendant at the conference contemplated by Federal Rule of Civil Procedure 26(f).

If plaintiff intends to effectively prosecute this action, he should familiarize himself with the Pro Se Handbook which is available on line at: http://www.cand.uscourts.gov

1

or at the Clerk's Office.

Dated: April 27, 2010

[signature]
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\GATES V. CARQUEST\ORDER DENY MOT TO COMPEL AND MOT TO HALT DESTRUCTION.wpd