```
 1
 2
 3
 4
 5
 6
 7
 8                     UNITED STATES DISTRICT COURT
 9                    NORTHERN DISTRICT OF CALIFORNIA
10
11  ARCHIE LEE GATES,            )
                                 )
12         Plaintiff(s),         )    No. C10-0972 BZ
                                 )
13     v.                        )    ORDER REFERRING LITIGANT TO
                                 )    FEDERAL PRO BONO PROJECT AND
14  CARQUEST CORPORATION,        )    STAYING PROCEEDINGS PENDING
                                 )    APPOINTMENT OF COUNSEL
15         Defendant(s).         )
                                 )
16  _____)
```

17     The Plaintiff having requested and being in need of
18  counsel to assist him in this matter and good and just cause
19  appearing; **IT IS ORDERED THAT** Plaintiff shall be referred to
20  the Federal Pro Bono Project in the manner set forth below:
21     1.   The clerk shall forward to the Volunteer Legal
22  Services Program of The Bar Association of San Francisco
23  ("BASF") / Santa Clara County Bar Association ("SCCBA") one
24  (1) copy of the court file with a notice of referral of the
25  case pursuant to the guidelines of the Federal Pro Bono
26  Project for referral to a volunteer attorney.
27     2.   Upon being notified by the BASF/SCCBA that an
28  attorney has been located to represent the Plaintiff, that

attorney shall be appointed as counsel for the Plaintiff in this matter until further order of the Court.

    3.  All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent the Plaintiff in this action.  All pending motions are taken off calendar, to be renoticed by the Court once counsel for plaintiff appears.

Dated: May 25, 2010

                                      Bernard Zimmerman
                        United States Magistrate Judge

G:\BZALL\-BZCASES\GATES V. CARQUEST\REFERRAL ORDER.wpd

2