```
DAVID I. DALBY (SBN: 114750)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:   415-834-9070
ddalby@hinshawlaw.com
```

Attorneys for Defendant
CARQUEST CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARCHIE LEE GATES,<br><br>    Plaintiffs,<br><br>vs.<br><br>CARQUEST CORPORATION,<br><br>    Defendants. | Case No.: C10-00972 BZ<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE HEARING ON CARQUEST'S MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE<br><br>Hon. Bernard Zimmerman |

    Pursuant to Local Rule 7-7(b), in order to attempt to negotiate a resolution of the issues presented by CARQUEST's Motion to Dismiss and for transfer of venue, discuss settlement, and confer concerning related issues, the parties hereby stipulate to continue the hearing of the motion and case management conference from August 11, 2010 to October 20, 2010 at 10:00 a.m. in Department G of the above-entitled court.

    IT IS SO STIPULATED:

Dated: August 5, 2010                        HINSHAW & CULBERTSON LLP

                                            By:  */S/ David I. Dalby*
                                                     Attorneys for Defendant
                                                     CARQUEST Corporation

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 5, 2010 | THE LANIER LAW FIRM P.C. |
| 3 | | By:  /S/ Christopher D. Banys |
| 4 | | Attorneys for Plaintiff<br>Archie Lee Gates |
| 5 | | |
| 6 | **IT IS SO ORDERED:** | |
| 7 | Dated: August 5, 2010 | |
| 8 | | United States Magistrate Judge |

2

STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING ON CARQUEST'S MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE, CASE NO. C10 00972 BZ

2996015v1 910482 70082