1  THE LANIER LAW FIRM, P.C.
   Christopher D. Banys SBN: 230038
2  cdb@lanierlawfirm.com
   Carmen M. Aviles     SBN: 251993
3  cma@lanierlawfirm.com
4  2200 Geng Road, Suite 200
   Palo Alto, CA  94303
5  Telephone:    (650) 322-9100
   Facsimile:    (650) 322-9103
6
7  Attorneys for Plaintiff
   ARCHIE LEE GATES

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION
11

| | |
|---|---|
| ARCHIE LEE GATES, | Case No.  3:10-CV-00972 BZ |
| Plaintiff, | |
| v. | **STIPULATION FOR FILING AMENDED COMPLAINT** |
| CARQUEST CORPORATION, | |
| Defendant. | |

18      IT IS HEREBY STIPULATED by and between the parties hereto through their respective

19  attorneys of record that Archie Gates may file a First Amended Complaint ("FAC"), a copy of

20  which is attached hereto.

21      IT IS FURTHER STIPULATED:

22      (a)    that Defendants waive notice and service of the FAC;

23      (b)    that CARQUEST has represented that Golden State Supply LLC ("GSS") is a

24  proper party;

25      (c)    that Gates has agreed to add GSS as a party based on CARQUEST's

26  representations;

27      (d)    that Gates agrees to add GSS as a defendant at CARQUEST's request to proceed

28  with a mediation with Kerry Gough;

STIPULATION FOR FILING AMENDED
COMPLAINT                                 1                    CASE NO:  3:10-CV-00972 BZ

1     (e)    if the mediation does not settle the action, GSS will file an answer to the FAC
2 within twenty (20) days of completion of the mediation.

4 DATED: September 15, 2010    By: /s/ *Christopher D. Banys*
    Christopher D. Banys

6     Attorney for Plaintiff
    ARCHIE LEE GATES

8 DATED: September 15, 2010    By: /s/ *David I. Dalby*
    David I. Dalby

10     Attorney for Defendant
    CARQUEST CORPORATION

DATED: 9/15/2010

IT IS SO ORDERED
*Bernard Zimmerman*
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION FOR FILING AMENDED COMPLAINT    2    CASE NO: 3:10-CV-00972 BZ