UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARCHIE LEE GATES, | ) | |
| Plaintiff(s), | ) | No. C10-0972 BZ |
| v. | ) | |
| | ) | **ORDER** |
| CARQUEST CORPORATION, | ) | |
| Defendant(s). | ) | |

In view of the parties stipulating to an amended complaint (Docket No. 37), **IT IS HEREBY ORDERED** that the motion to dismiss or transfer (Docket No. 13 ) is **DENIED AS MOOT**. The hearing scheduled for October 20, 2010 is **VACATED**.

Dated: September 20, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\GATES V. CARQUEST\ORDER VACATING HEARING AND DENYING MOT TO DISMISS AS MOOT.wpd

1