1  DAVID I. DALBY (SBN: 114750)
   HINSHAW & CULBERTSON LLP
2  One California Street, 18th Floor
   San Francisco, CA 94111
3  Telephone:   415-362-6000
   Facsimile:    415-834-9070
4  ddalby@hinshawlaw.com

5

6  Attorneys for Defendant
   CARQUEST CORPORATION

7

8

9             UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12 | ARCHIE LEE GATES,            | Case No.: C10-00972 BZ
13 |        Plaintiffs,            | [PROPOSED] ORDER GRANTING DEFENDANT CARQUEST
14 | vs.                           | CORPORATION'S REQUEST TO PARTICIPATE IN THE INITIAL CASE
15 | CARQUEST CORPORATION,         | MANAGEMENT CONFERENCE BY TELEPHONE
16 |        Defendants.            |
17 |                               | Date:      November 22, 2010
   |                               | Time:      4:00 p.m.
18 |                               | Judge:     Hon. Bernard Zimmerman
   |                               | Courtroom: G

19 _____

20     IT IS HEREBY ORDERED that counsel of record for defendant, CARQUEST

21 CORPORATION, is permitted to participate in the November 22, 2010, 4:00 p.m., Initial

22 Case Management Conference by telephone.

23     **IT IS SO ORDERED.**

24
   Dated: November 12, 2010
25                                           _____
                                             Hon. Bernard Zimmerman
                                             United States District Judge
26 Counsel shall contact CourtCall, telephonic court appearances
27 at 1-888-882-6878, and make arrangements for the telephonic
   conference call.
28                                     1

---
[PROPOSED] ORDER GRANTING DEFENDANT CARQUEST CORPORATION'S REQUEST TO
PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE
CASE NO. C10-00972BZ
2998743v1 0910482 70082