1 ARCHIE LEE GATES (*pro se*)
25800 Industrial Blvd., Apt. V-1167
2 Hayward, CA 94544
PLAINTIFF
3
DAVID I. DALBY, Bar No. 114750
4 ddalby@hinshawlaw.com
HINSHAW & CULBERTSON LLP
5 One California Street, 18th Floor
San Francisco, CA 94111
6 Telephone: 415.362.6000
Facsimile: 415.834.9070
7
Attorneys for Defendant
8 CARQUEST CORPORATION

9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

| 11 | ARCHIE LEE GATES, | Case No. 3:10-CV-00972 BZ |
|---|---|---|
| 12 | Plaintiff, | JOINT STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE OF DEFENDANT CARQUEST CORPORATION |
| 13 | v. | |
| 14 | CARQUEST CORPORATION, AND GOLDEN STATE SUPPLY, LLC, | |
| 15 | | |
| 16 | Defendant. | |

17     Plaintiff, ARCHIE LEE GATES ("GATES") and Defendant CARQUEST

18 CORPORATION, ("CARQUEST") jointly submit this Stipulation and [Proposed] Order requesting

19 dismissal, with prejudice, of Defendant CARQUEST.

20     GATES and CARQUEST stipulate that CARQUEST was not the proper party

21 Defendant and that all matters in dispute between them in the above titled action have been resolved.

22     Thus, GATES and CARQUEST, through their undersigned counsel, respectfully

23 request that the Court enter this Stipulation as an Order.

24     **IT IS SO STIPULATED.**

25

26

27

28 STIPULATION AND [PROPOSED] ORDER
RE: DISMISSAL WITH PREJUDICE OF
DEFENDANT CARQUEST CORPORATION                     (NO. 3:10-CV-00972 BZ)

Each of the undersigned certify that the content of the foregoing document is acceptable to all persons required to sign the document and authorization to electronically sign this document has been obtained.

Dated: December 16, 2010          Respectfully submitted,

_____
ARCHIE LEE GATES
PLAINTIFF

Dated: December 16, 2010          Respectfully submitted,

_____
DAVID I. DALBY
HINSHAW & CULBERTSON
Attorneys for Defendant
CARQUEST CORPORATION

**IT IS HEREBY ORDERED THAT**, pursuant to GATES and CARQUEST'S Stipulation, Plaintiff's claims against CARQUEST, are dismissed in their entirety, and with prejudice.

Dated: 17 Dec, 2010

_____
HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

Firmwide:98910686.1 065678.1007

STIPULATION AND [PROPOSED] ORDER
RE: DISMISSAL WITH PREJUDICE OF
DEFENDANT CARQUEST CORPORATION         -2-                    (NO. 3:10-CV-00972 BZ)