ARCHIE LEE GATES (*pro se*)
25800 Industrial Blvd., Apt. V-1167
Hayward, CA 94544
PLAINTIFF

NANCY E. PRITIKIN, Bar No. 102392
nepritikin@littler.com
MARY D. WALSH, Bar No. 197039
mdwalsh@littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940

Attorneys for Defendant
GOLDEN STATE SUPPLY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ARCHIE LEE GATES, | Case No. 3:10-CV-00972 BZ |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| v. | |
| CARQUEST CORPORATION, AND GOLDEN STATE SUPPLY, LLC, | |
| Defendant. | |

Plaintiff, ARCHIE LEE GATES ("GATES") and Defendant GOLDEN STATE SUPPLY, LLC, ("GSS") jointly submit this Stipulation and [Proposed] Order requesting dismissal with prejudice of the above captioned action in its entirety pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. GATES previously dismissed Defendant CARQUEST from the action.

Defendant GOLDEN STATE SUPPLY, LLC. GATES and GSS reached a complete settlement of the GATES' claims against GSS in the above-captioned matter.

Thus, GATES and GSS, through their undersigned counsel, respectfully request that the Court enter this Stipulation as an Order.

**IT IS SO STIPULATED.**

1 | Each of the undersigned certify that the content of the foregoing document is acceptable to all persons required to sign the document and authorization to electronically sign this document has been obtained.

Dated: December 16, 2010

Respectfully submitted,

ARCHIE LEE GATES
PLAINTIFF

Dated: December 20, 2010

Respectfully submitted,

MARY D. WALSH
LITTLER MENDELSON, P.C.
Attorneys for Defendant
GOLDEN STATE SUPPLY, LLC

**IT IS HEREBY ORDERED THAT**, pursuant to this Stipulation, the above captioned action is dismissed in its entirety, and with prejudice.

Dated: 21 Dec, 2010

HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

Firmwide:98910610.1 065678.1007

650 CALIFORNIA STREET
20TH FLOOR
SAN FRANCISCO, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER
RE: DISMISSAL WITH PREJUDICE          -2-          (NO. 3:10-CV-00972 BZ)